IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE
CASE NO. 06-178(UNA)

I hereby certify that on March 17, 2006, I electronically filed the **Joint Motion of Debtors and Debtors in Possession and Their Principal Creditor Constituencies for Consolidation of Appeals, for Waiver of Mediation Requirement and for an Expedited Hearing on Confirmation Findings and Confirmation Order** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

Jason Michael Madron
madron@rlf.com rbgroup@rlf.com

       I hereby certify that on March 17, 2006, I mailed via the United States Postal Service the document to the following non-registered participants:

| | |
|---|---|
| Duncan J. McNeil, III<br>2030 W. Spofford<br>Spokane, WA 99260 | Duncan J. McNeil<br>Spokane County Jail<br>MS. Jail CD# 293752<br>1100 W. Maloon<br>Spokane, WA 99260 |

                                    */s/ Kimberly D. Newmarch*
                                    Kimberly D. Newmarch (DE 4340)
                                    Richards, Layton & Finger, P.A.
                                    One Rodney Square
                                    P.O. Box 551
                                    Wilmington, DE 19810
                                    302-651-7700
                                    Newmarch@rlf.com