*[Envelope image]*

Return address:
Duncan J. MᶜNeil, III
Spokane Co. Jail
1100 W. Mallon
Spokane, WA 99260

Addressee:
Clerk
U.S. District Court
844 King Street
Lock Box 18
Wilmington, DE 19801-3570

Postage: $1.59 U.S. Postage, PB Meter 7143396, Spokane WA, APR 05 06
U.S.M. X-Ray
AUG 21 2006
LEGAL MAIL

INMATE'S MAIL
Spokane County Jail
1100 W Mallon
Spokane, WA 99260-0320

RECEIVED
APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Duncan J. McNeill
Spokane County Jail, # 293752
2030 W. Spofford
Spokane WA 99205

REQUEST FOR REASONABLE
Accommodations To:
U.S. District Court.
District of Delaware