# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

April 13, 2006

Duncan J. McNeil
Spokane County Jail, #293752
1100 W. Mallon
Spokane, WA 99205

> RE: <u>In re Kaiser Aluminum Corp.</u>, MC 06-41-JJF
> <u>McNeil v. Kaiser Aluminum Corp.</u>, CA 05-574-JJF
> <u>McNeil v. Kaiser Aluminum Corp.</u>, CA 06-178-JJF

Dear Mr. McNeil,

    The Court has received your Request For Reasonable Accommodation (D.I. 14 in Miscellaneous Action No. 06-41-JJF) in which you (1) contend that you have not been receiving documents in the above-captioned cases; (2) object to the Debtors' motion to consolidate appeals, waive mediation and expedite briefing; (3) seek relief from the dismissal of Civil Action No. 05-574-JJF; and (4) request an extension of time to respond or obtain relief from orders entered in Civil Action No. 05-574-JJF and Civil Action No. 06-178-JJF. In response to your request, the Court has enclosed the docket sheets in Civil Action Nos. 05-574-JJF, 06-178-JJF and Miscellaneous Action No. 06-41-JJF.

    Because Civil Action No. 05-574-JJF has been closed and your request for reconsideration has been denied, the Court finds no basis to consolidate that case with any of the remaining pending cases in which you are a party. As for Civil Action No. 06-178-JJF, the Court has determined that the Debtors' request for a waiver of mediation is appropriate and that consolidation of this action into Miscellaneous Case No. 06-41-JJF is also appropriate.

    The Court has also enclosed the Orders entered by the Court in Miscellaneous Action No. 06-41-JJF. To the extent you wish to file an Opening Memorandum independent from that filed by the other Appellants, the Court will grant your request for

Duncan J. McNeill
Page 2
April 13, 2006

an extension of time and require you to file any Opening Memorandum **no later than Monday, April 24, 2006.** The Debtors shall file an Answering Memorandum **no later than Monday, May 1, 2006,** and any Reply Memorandum shall be filed **no later than Wednesday, May 11, 2006.**

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:rjp

Enclosures

cc:  All counsel of record in Misc. Action No. 06-41-JJF
     Clerk, United States District Court