**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 06-3046</u>

In Re: Kaiser Alum, et al.

Republic Indemnity Co, Transport Ins Co, Appellants

(Delaware District Bankruptcy No. 06-mc-00041)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

*Marcia M. Waldron*
Clerk
United States Court of Appeals
for the Third Circuit

Date: September 19, 2006

cc:	Daniel J. DeFranceschi, Esq.
	Gregory M. Gordon
	Daniel P. Winikka, Esq.
	Russell W. Roten, Esq.
	Richard W. Riley, Esq.
	Brian A. Kilmer, Esq.
	Lisa Beckerman, Esq.
	Gregory A. Taylor, Esq.
	William P. Bowden, Esq.
	James L. Patton Jr., Esq.
	Edwin J. Harron, Esq.
	Sharon M. Zieg, Esq.
	Peter C. D'Apice, Esq.
	Daniel K. Hogan, Esq.